# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                              CASE NO: **6:24-mj-1472-DCI**

**MEIR ROSENBURG**

AUSA: Kara Wick

Defense Attorney: Jacob Cohen, Retained Counsel

| JUDGE: | **DAVID A. BAKER**<br>United States Magistrate Judge | DATE AND TIME: | **May 7, 2024**<br>9:33 A.M. – 9:49 A.M. |
|---|---|---|---|
| Courtroom: | 6D | TOTAL TIME: | 16 minutes |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | Sofia Kollaian |

### CLERK'S MINUTES
#### DETENTION HEARING

Case called, appearances made, procedural setting by the Court.

Retained counsel for the defendant makes appearance. The Court relieves the Federal Public Defender from the case.

Government proceeds by proffer.

Defense counsel proceeds by proffer.

The government's motion for detention granted.

Defendant is remanded to the custody of the U.S. Marshals pending further proceedings.

Court adjourned.