UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

MEIR ROSENBERG

CASE NO. 6:24-cr-00189-PGB-EJK
18 U.S.C. § 2252A(a)(1)
(Transportation of Child Pornography)
18 U.S.C. § 2252A(a)(5)
(Possession of Child Pornography)

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Transportation of Child Pornography)

FILED JUL 30 2024 PM4:04
USDC - FLMD - TPA

On or about May 1, 2024, in the Middle District of Florida, and elsewhere, the defendant,

MEIR ROSENBERG,

did knowingly transport and attempt to transport child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, in and affecting interstate and foreign commerce and using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. §§ 2252A(a)(1) and 2252A(b)(1).

## COUNT TWO
(Possession of Child Pornography)

On or about May 1, 2024, in the Middle District of Florida, and elsewhere, the defendant,

MEIR ROSENBERG,

did knowingly possess materials that contained images of child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and the depiction involved a prepubescent minor and a minor who had not attained 12 years of age.

All in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2. Upon conviction of a violation of 18 U.S.C. § 2252A(a)(1) and/or 18 U.S.C. § 2252A(a)(5)(B), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

   a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine,

periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

    b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.    The property to be forfeited includes, but is not limited to, the following: an iPhone 15 Pro Max cellular phone, seized from the defendant on or about May 1, 2024.

4.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

███████████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: FOR: _____
Kara M. Wick
Assistant United States Attorney

By: FOR: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

MEIR ROSENBERG

## SUPERSEDING INDICTMENT

Violation:

18 U.S.C. § 2252A(a)(1)
18 U.S.C. § 2252A(a)(5)

A true bill,

███████████████████████
_____
Foreperson

Filed in open court this 30th day of July, 2024.

_C. Reaves_____
Clerk

Bail  $_____

GPO 863 525