**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.  CASE NO: 6:24-cr-189-PGB-EJK

MEIR ROSENBURG

AUSA: Richard Varadan

| Judge: | **ROBERT M. NORWAY**<br>United States Magistrate Judge | Date and Time: | **August 2, 2024**<br>9:58 A.M.-9:59 A.M. |
|---|---|---|---|
| Courtroom: | 3C | Total Time: | 1 minute |
| Deputy Clerk: | L. Jernigan | Reporter: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| Interpreter: | None | Pretrial/Prob: | No Appearance |

**CLERK'S MINUTES**
**Arraignment**

Case called, appearances made, procedural setting by the Court.
Court accepts and endorses defendant's waiver of presence at arraignment and plea of not guilty.
Criminal Scheduling Order to be entered.
Court adjourned.