# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CLERK'S MINUTES
Plea Hearing - Guilty

Case Number: 6:24-cr-189-PGB-EJK

**UNITED STATES OF AMERICA**

       Plaintiff,

Government's Counsel: Kara Wick

v.

**Meir Rosenburg**

       Defendant.

Defense Counsel: David Seltzer

| Judge: | **Paul G. Byron** | Court Reporter | Koretta Stanford<br>courtreporterstanford@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | December 2, 2024 | Time: | 1:31 P.M. – 1:58 PM<br>27 minutes |

Case called. Appearances taken. Defendant sworn.

Defendant proffered a plea of Guilty as to Count 1 of the Superseding Indictment. The Court accepts the plea and adjudicates the defendant guilty of Count 1 of the Superseding Indictment.

Sentencing is set for February 20, 2025 at 1:30 PM.

The defendant is to remain in custody pending sentencing.

The Court orders the probation office to prepare a Presentence Investigation Report.

Court adjourned.