# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:24-cr-189-PGB-EJK

**MEIR ROSENBERG**

## PRELIMINARY ORDER OF FORFEITURE

This cause comes before the Court upon the United States' Motion for a Preliminary Order of Forfeiture (Doc. 63) for an iPhone Max cellular phone seized from the defendant on or about May 1, 2024.

After being fully advised in the premises, the Court finds that the United States established the requisite nexus between the asset and the defendant's crime of transportation of child pornography, in violation of 18 U.S.C. § 2252A(a)(1), to which he has pled guilty.

Accordingly, it is hereby:

**ORDERED, ADJUDGED,** and **DECREED** that for good cause shown, the United States' Motion for a Preliminary Order of Forfeiture (Doc. 63) is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2(b)(2), the asset is hereby forfeited to the United States for disposition according to law.

It is **FURTHER ORDERED** that:

1.  The United States will provide written notice to all third parties known to have an alleged legal interest in the asset and will publish notice on the internet at www.forfeiture.gov.

2.  That any person, other than Meir Rosenberg, who has or claims any right, title or interest in the asset must file a petition with this Court for a hearing to adjudicate the validity of their alleged interest in the asset. The petition should be mailed to the Clerk of the United States District Court, Orlando Division, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120, within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

3.  The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited asset, the time and circumstances of the petitioner's acquisition of the right, title or interest in asset and any additional facts surrounding the petitioner's claim and the relief sought.

4.  After receipt of the petition by the Court, the Court will set a hearing to determine the validity of the petitioner's alleged interest in the asset.

5.  That upon adjudication of all third-party interests in the asset this Court will enter a Final Order of Forfeiture in which all interests will be addressed.

It is **FURTHER ORDERED** that this order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

**DONE and ORDERED** in Orlando, Florida, this 20th day of December 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies to:
Nicole M. Andrejko, AUSA
Counsel of Record