**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NUMBER: 24-CR-00189**

**UNITED STATES OF AMERICA,**
        **Plaintiff,**
**vs.**

**MEIR ROSENBURG,**
        **Defendant.**
_____/

**UNOPPOSED MOTION TO CONTINUE SETNENCING [66]**

      COMES NOW, the Defendant, **MEIR ROSENBURG**, though undersigned counsel, David S. Seltzer, and unopposed by the United States Government, through AUSA Chauncey Bratt, hereby move this Court to continue the sentencing, currently set for February 20, 2025 [DE 66], and as ground state the following:

1. Mr. Rosenberg has taken a plea and is pending sentencing in the current matter.
2. Some additional facts and circumstances have come to light that have necessitated an additional medical expert to be retained.
3. Based on the estimated time the doctor is requesting and the custody status of the defendant, the defense is seeking 30-45 days from the current sentencing date.
4. The evaluation is tentatively going to take place at the end of January/early February depending on the Seminole County Jail, with a report to follow within 30 days.
5. Given the recent addition of a 2nd expert, the defense is also requesting, in the abundance of caution, 1.5 hours for sentencing.  It is unclear at this time if the experts will testify in person, or submit reports, but without the 2nd report, the defense cannot opine and wants to preserve the time with and respect the Court's schedule.
6. Additionally, counsel for Mr. Rosenberg (and his family) resides in South Florida, and given the travel time to Orlando, counsel is requesting, if the Court can accommodate, a hearing in the afternoon, to give counsel sufficient time to ensure that he can arrive on time.

**Pursuant to Local**, undersigned counsel did confer with AUSA Chauncey Bratt, who does not oppose the instant motion.

**WHEREFORE**, predicted upon the forgoing, the Defendant, **MEIR ROSENBURG**, undersigned counsel, David S. Seltzer, and unopposed by the Government, do respectfully request this Court continue the sentencing, currently set for February 20, 2025 [DE 66]. 30-45 days.

Respectfully submitted,

/s/ *David Seltzer*
David S. Seltzer, Esquire
Florida Bar No. 782041
10750 NW 6th Court.
2nd Floor
Miami, Florida 33168
305-444-1565 (Phone)
305-444-1665 (Fax)
david@smfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2025, the foregoing document was filed with the Clerk of the Court via CM/ECF. I also certify that the foregoing document was served on counsel for the United States Government, via CM/ECF.

By:  /s/ *David Seltzer*
David S. Seltzer