UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NUMBER: 24-CR-00189

**UNITED STATES OF AMERICA,**
        **Plaintiff,**
**vs.**

**MEIR ROSENBURG,**
        **Defendant.**
_____/

## DEFENDANT MEIR ROSENBURG'S
## MOTION TO SEAL SENTENCING MEMORANDUM AND EXHIBITS

**COMES NOW** the Defendant, **MEIR ROSENBURG**, by and through his undersigned counsel and respectfully moves this Honorable Court for an Order to seal the sentencing memorandum and exhibits for reasons essential to preserving Mr. Rosenburg's medical privacy because the memorandum includes medical evaluations/information protected under HIPAA, he respectfully requests that his Motion and exhibits be filed under seal.

**Pursuant to Local Rules**, Defense Counsel conferred with Assistant United States Attorney Chauncey Bratt who has no objection to the instant motion.

                                                   Respectfully submitted,

                                   By: /s/  *David Seltzer*
                                            DAVID SELTZER
                                            Florida Bar #782041
                                            10750 NW 6th Court
                                            Miami, Florida 33168
                                            Tel: 305.444.1565
                                            Fax: 305.444.1665

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 9, 2025, I filed the foregoing with the Clerk of the Court via CMECF.

                                        /s/  *David Seltzer*
                                        DAVID SELTZER