UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NUMBER: 24-CR-00189

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

MEIR ROSENBURG,
        Defendant.
_____/

## DEFENDANT MEIR ROSENBURG'S MOTION FOR ADDITIONAL PAGES PURSUANT TO CASE MANAGEMENT ORDER ON SENTENCING

**COMES NOW** the Defendant, **MEIR ROSENBURG**, by and through his undersigned counsel and respectfully moves this Honorable Court for permission to file a sentencing memo **not to exceed 35 pages**. While Mr. Rosenburg is aware of the Court's Case Management Order on Sentencing, however, Mr. Rosenburg, is seeking no more than an additional 10 pages to properly convey his position for a sentence that serves as a just sentence, promotes respect for the law, provides deterrence, and is not disparate.

**Pursuant to Local Rules**, Defense Counsel conferred with Assistant United States Attorney Chauncey Bratt who has no objection to the instant motion.

                                        Respectfully submitted,

                                  By: /s/ *David Seltzer*
                                          DAVID SELTZER
                                          Florida Bar #782041
                                          10750 NW 6th Court
                                          Miami, Florida 33168
                                          Tel: 305.444.1565
                                          Fax: 305.444.1665

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, I filed the foregoing with the Clerk of the Court via CMECF.

>/s/ *David Seltzer*
> DAVID SELTZER