APRIL 2, 2025
adrianarosenberg24@yahoo.com.
(954)909 3409

Your Honor,

My name is Adriana Rosenberg and I am Meir Rosenberg's mother.

I would like to give you a background on my son Meir, who will stand before you on April 23 for sentencing.

Meir is the second child of 4 siblings, all born within a 5 year span.
He has 3 sisters who adore him and growing up they competed for his attention.

Being the only boy in the family, Meir was treated differently by his father.
His father was dismissive, harsh, critical and often cruel to Meir.
As his mother it was difficult to see my ex husband mistreating our son for no reason.
Meir was a sweet, kind, well mannered, obedient child. He liked to read and started playing the piano when he was 6 years old.

Meir was a great student and loved music.
When Meir was 8 years old he suffered a devastating loss—his grandmother, his source of love and comfort, passed away in our home.
It was during this vulnerable time that a new religious teacher, "Rabbi" Yisroel Bodkins, entered his life.
This man, came to our house to personally introduce himself and told me he was going to make sure my son excelled in Torah learning and he would help Meir in every way possible.

Not long after my mother in law's passing, Meir started wetting the bed, the child whose laughter would get us all laughing— grew silent.
I asked him numerous times what was going on, but he didn't say anything... I just kept on asking him questions until I asked him if it was because of his grandmother's passing and he nodded yes.
I knew how close they were and I dismissed his behavioral change as mourning his grandmother.

This so called rabbi, started calling my son after school, asking him if he needed help with his homework.
At the time I was a 31 year old mother of 4 children, taking care of my 83 year old father in law and married to an absent husband.
Things started to change for the worse with Meir.
One day his piano teacher said he couldn't give Meir any more lessons until "his fingers healed"
I was confused about the comment and I asked my son to show me his hands, he had bitten the flesh off the tips of his fingers.
I sat there with him, asking him what was making him so anxious and looking for answers in his teary, sad blue eyes.

When Meir's father got home he scolded him, shamed him and told him he would better be okay for his next piano lesson.

Meir grew up without issues, he remained kind, sweet, well liked by his peers and always noble and sensitive to others needs.                                                                              .

13 years ago, I was contacted by the parents of one of Meir's elementary classmates, who informed me their son had been molested by that man, the so called rabbi.
Similar accusations made by various young adult males who had been this "rabbi's" students, started coming forward.

Your Honor, I am well aware of what my son's accusations are and I am in no way excusing or minimizing the situation.
I am giving you a background with the hope that you would please factor Meir's childhood trauma as well as his good nature and need for help when you sentence him.

Meir is a kind man, who does a lot of good in his life. He doesn't even have a traffic violation.
Meir is NOT a DANGER nor a threat to anyone, more less to a child.
You have seen his psychological evaluation, you have read the letters written by neighbors, coworkers, friends and family.
He has spent 10 months in jail and there hasn't been one incident regarding Meir's conduct.

Your Honor I carried him for 9 months, gave birth to him and raised him. I know his heart and his heart is in the right place.
He would definitely benefit from therapy, but not from years in prison.
A lengthy prison sentence is a waste of resources, time and loss of opportunities not only for Meir, but for the world around him.
He has a lot to offer as a free man, he contributes to society in many ways.
He is a loving, kind young man whose life was affected by a series of circumstances and experiences in his childhood.

Your Honor, I can only imagen how many letters you must read from mothers like me, talking about their sons being good hearted and not a threat to anyone, but PLEASE look at Meir as the person he is, not his mistakes.
I assure you that you would NOT regret giving Meir a second chance at the life he was born to live, a life that still holds so much promise.

Your Honor, please consider all these factors, before sentencing my son to years in prison.
Your mercy will be changing the course of my son's life, your clemency will be saving a whole world. I promise you—Meir will not waste the opportunity of living his best life and version of himself if given the chance at the minimum prison time corresponding to his case. I understand is a sentence of 5 years.

"He who saves a life, saves a whole world" is a Jewish saying from the Talmud.

With deepest respect and gratitude,
Adriana Rosenberg.

Ariela Rosenberg                                                04/03/2025

7458 Brunswick Circle

Boynton Beach FL 33472

Cell phone: 954-374-3414

**Honorable Judge Byron,**

My brother's name is Meir. "Meir" in Hebrew means "The one who shines" and he has always been just that. His rays of light touch many hearts. He has been a father figure as well as an amazing brother to me and our sisters. Meir is also a loved uncle; he never forgets a birthday and always steps in when needed. Additionally, he is a loyal friend, a respectful neighbor and a generous person who gives charity.

The last time I saw Meir in person before his arrest, was about a year ago, we went for our eldest nephew's birthday lunch. As we were walking to our cars, we noticed a homeless man sitting on the grass. My brother and I made eye contact and immediately both reached for our wallets. My brother insisted on taking the lead, he took out a $20 and walked over to the man. I remember feeling such pride and warmth watching my brother, because of the way he approached the man. Meir smiled and bent his knees to reach his eye level. Little actions a man does when not many are around to witness, are the big actions. My brother showed such humility, kindness and care. I assure you; this was not the only time and will not be the last.

I understand that there are many things to take into consideration as this is a delicate matter, I just ask that you take into account the wonders that love, trust and belief in a person can do. I know that with his family's full support and the right help, Meir will heal and thrive. I am respectfully asking you for mercy and leniency, not only for my brother's sake but for all of us who love him. We are not the same without him around. He is our light.

Thank you for your time,

Ariela Rosenberg

Yael Rosenberg
4775 Collins ave apt 2703
Miami Beach, FL 33140
954-562-2187
Yrosen25@gmail.com

April 10, 2025


The Honorable Judge Byron

                    Re: Character Reference for Meir Rosenberg

Dear Judge  Byron,

I am writing this letter on behalf of my brother, Meir Rosenberg, to offer my sincere support
and to speak to his character. It is difficult to put into words the depth of his kindness,
generosity, and the positive impact he has had on my life and the lives of so many others.

My brother is one of the most gentle and compassionate people I have ever known. He
loves deeply, gives freely, and carries himself with quiet humility. When I became a single
mother, struggling to raise my two young children—my son who was three at the time, and
my daughter who was just a year and a half—he stepped in without hesitation. He became
a father figure to them, attending their school plays, graduations, birthdays, and every
holiday. He gave them not just gifts, but his time, his love, and his unwavering presence.

I can say without exaggeration that without his love and support, I would not have made it
through that incredibly difficult period in my life. He helped me not just emotionally, but in
very practical and tangible ways, always without asking for anything in return.

Just recently, I learned that he had quietly been helping another single mother pay her rent.
This is who he is—someone who sees people in need and steps up, not for recognition, but
because it's in his nature to care and to help.

Your honor, as his older sister I have an obligation to also tell you about my brother's past
traumas and abuse in order for you to get the whole picture of why we are even here right
now. Between Third grade to sixth grade my brother was sexually abused by a rabbi in
school named Yisroel Bodkins. This monster also worked in an all boys, Sleepaway camp
called Dora Golding. He was the wilderness counselor which gave him unsupervised
access to boys and the ability to go sleep in sleeping bags with them in the forest alone.

I remember my brother being very scared of this monster Bodkins. Every day During
dismissal, Bodkins would call my brother into his classroom privately and not let anyone in

or out. My brother would be very scared and would always ask me to please come with him. Soon after my brother started to pee in his bed and chewed the flesh off his fingers and he was unable to play piano, which is his God-given gift. Nobody imagine that he was being sexually abused by his "Rabbi". This monster convinced my parents to Send my brother to sleepaway camp Dora Golding where the worst of it happened. The details of his abuse will horrify anyone that hears them so I will not add them to this letter At this time.

I was 22 when I found out what happened to my brother and I made it my mission to make sure that this monster never teaches another child again. We tried to put him in jail, but unfortunately, the case wasn't strong enough because not enough victims came forward. But I made sure he never teaches children again and has since only been teaching the elderly in a nursing home.


Your honor my brother was so little at the time of the abuse, he didn't know what to make of it and our subconscious mind is very Powerful and he buried it deep inside of him. I have spoken to psychologists at length about this and very often victims don't remember the details of the abuse, especially when they were so young. Meir is a very good person with a very good heart.  He would never hurt a fly.

Your honor, I am advocating for my brother and begging you to see that he needs therapy. He really needs to dig deep and heal his wounds. I strongly believe that sitting in prison would be a total waste of precious time that we could be using to putting my brother in intense therapy and giving him the ability to heal. He's a brilliant young man. It would be a true waste to have him sit in prison instead of getting his life back on track.

Your Honor, my brother has always been a source of light and strength in our family and our community. I respectfully ask you to consider the true nature of his character—his kindness, his generosity, and the deep love he shows to those around him.

Thank you for taking the time to read this letter. I am available at any time if you would like to speak further.

Sincerely,

Yael Rosenberg


**Thank you,**

**Yael Rosenberg**

George Gerbasi

2299 NW 77 Way Apt 201 Pembroke Pines FL 33024

954-275-8041

chitownexpress@gmail.com

4/10/25

RE: Meir Rosenberg

Dear Honorable Judge Byron,

My name is George Gerbasi, and I have had the privilege of knowing Meir Rosenberg for many years as a neighbor and friend. I am writing to you with a heavy heart to express my thoughts on the remarkable character of him and to respectfully ask that you consider this during any decisions you may have to make.

Meir is one of the most kind-hearted, dependable, and selfless individuals I've ever met. Over the years, I've watched him go out of his way to support others in our community — from helping elderly neighbors with chores to simply being a calm and positive presence.

What stands out most about Meir is his warmth, humility, and genuine concern for others. He always opened his home to me and truly went out of his way to make one feel they were important as his guests.

I am aware that Meir is facing serious legal consequences, and I do not intend to minimize the gravity of the situation. However, I firmly believe that he is a person of integrity. I trust that, if given the opportunity, he will make amends and continue to contribute positively to the world around him.

Thank you for considering my words. I hope this letter gives you some insight into the kind of person Meir truly is beyond this unfortunate circumstance.

With deepest respect,

George Gerbasi

Honorable Judge Byron
401 W Central Blvd, Orlando, FL 32801

Dear Judge Byron,

I hope this letter finds you well. I am writing to provide a character reference for Meir
Rosenberg. I have had the privilege of knowing Meir since 2021, when we first met while I was
working as a subcontractor , and he worked at Roofs to Go USA LLC. During this time, Meir
handled the permits for many of the projects I was involved in, and shortly after, I joined Roofs
to Go as Projects and Accounts Manager, where we became coworkers.

Throughout our time working together, I have found Meir to be an incredibly valuable and
knowledgeable colleague. He was not only a great help to me professionally but also served as
a confidant , offering guidance and advice that greatly aided my personal development. We
could talk about anything either personal or work related, and his insights and support have
made a lasting impact on me. Over time, Meir became more than just a coworker; he became
like family. He has been introduced to my wife and our  three children, and he has been a
constant presence in our lives, always someone we could rely on.

In addition to our professional relationship, Meir and I also spent time outside of work. We often
went to restaurants together, and I always appreciated how polite he was, even when he didn't
particularly enjoy the food. With respect always maintaining a positive attitude.

I also want to mention that during the times when Meir's car was in the shop for repairs, I lent
him one of my cars. He was always responsible and took great care of it, returning it with a full
tank of gas after each use. His respect for my property and his consideration in returning it in
the same condition reflect his trustworthiness and integrity.

After we were made aware of the charges against him, my wife, Miriam, and I had an extended
conversation about how we would act once he is out, especially considering we have three
minor children. After careful thought and consideration, we both agreed that there is no
judgment on our side because of how deeply we know him. We are one hundred percent sure
that Meir would never hurt anyone or act in any harmful way. Our faith in his character is
unwavering, and we trust him completely.

I am fully aware of the charges he is facing, and I want to emphasize that in my experience with
Meir, I have found him to be a good, compassionate person who would never intentionally harm
anyone. As a worker and a friend, we miss him deeply, and his absence is felt across the
company. Meir's contributions have been invaluable to the point where we haven't been able to
relace him even after 7 months, and I believe the company would greatly benefit from his
continued involvement. The difference he makes in the workplace is significant, and I truly
believe that he does more good for everyone around him when he is out in the community than
he would in a jail setting.

Meir is a standing citizen and a true friend, and I fully believe in his character and integrity. I respectfully ask that you consider these qualities as you review his case.

Thank you for your time and consideration.

Sincerely,
Idan and Miriam Lea Giladi
5626 Hope st, Hollywood FL, 33021
561-229-4835

**Honorable Judge Byron,**

My name is Mijal Cohen, and I am writing to you to share my story about Meir Rosenberg and the profound impact he has had on my life. I first met Meir on the Jewish holiday of Lag BaOmer, a celebration of light, and in many ways, that is exactly what Meir became for me, a light during a time in my life when I was feeling very alone.

In 2021, I was still adjusting to life in America after moving here from Mexico. I had been here for three years, but my English was poor, and I often felt disconnected and isolated. I struggled to make friends because I couldn't even keep up with simple conversations. I was invited to a party, but the person who had invited me didn't show up, and I found myself sitting alone, feeling completely out of place. After what felt like an eternity, a kind young man with beautiful blue eyes walked up to me and introduced himself. "Hi, my name is Meir Rosenberg," he said, and to my surprise, he spoke to me in Spanish due to his Colombian background. For me, this was not just a casual conversation, it was the moment that changed everything. After three lonely years, I had finally found a friend.

From that moment on, Meir became a constant source of support and kindness in my life. Over time, I learned that Meir works with roof permits, and because of my father's work in the same field, I referred him to my dad. My father is my greatest inspiration, he is one of the most honest and strict people I've ever met, and he doesn't trust easily. When Meir and my father met, they clicked immediately and started working together. This professional relationship helped me see just how driven and dedicated Meir is, but it also made me realize how fortunate I was to have him as a friend.

As our friendship grew, we began to travel together. We visited beautiful places like Cancun, Costa Rica, New Orleans, and Atlanta and more.  We shared so many wonderful experiences, and through it all, Meir was there for me. He didn't just help me with my personal challenges. he helped me grow as a person. He supported me through difficult times, encouraging me to push past my fears and insecurities. He also helped me learn English, a task that felt overwhelming at times, but with his patience and care, I began to make progress.

Meir has been more than just a friend to me, he has been a brother and a guide. He has seen me grow both personally and professionally.

I am a 25% partner at Roofs to Go, which means that Meir is not only my best friend but also my employee. As a business partner, I can honestly say that Meir is the best employee I have ever had. He is reliable, trustworthy, and exceptionally hardworking. I trust him with everything, and he always goes above and beyond to ensure that the company runs smoothly and that my personal interests are taken care of.

One example of Meir's commitment to excellence occurred on December 4, 2024, when I received a call from my accountant at 1:52 pm. He reminded me to file a Beneficial Ownership Report with the U.S. Department of the Treasury, warning me that failure to do so could result in

serious penalties, including up to two years in prison. When I arrived at the office the following day, I discovered that Meir had already filed the report on April 18, 2024, just two weeks before his arrest. This was just one of many examples of how Meir always goes above and beyond for me and the company, making sure everything is taken care of even when I don't ask him to.

Meir is not just a hardworking employee; he is an incredible human being. He is kind, thoughtful, and transparent in everything he does. He has been there for me in ways that I can never truly put into words. He has helped me grow and become a better version of myself, and I know I am not the only one who feels this way. His presence in my life has been nothing short of transformative, and the thought of him being away from us is heart-wrenching.

I am fully aware of the charges against Meir and the situation he is facing. But I also believe that everyone deserves a second chance to turn their life around and to continue to grow. Meir has so much potential, and this world is undoubtedly a better place with him in it. I am not just speaking as his best friend; I am speaking as someone who has witnessed firsthand the positive difference he makes in the lives of those around him. Just as the meaning of his name Meir is the light in my life, and I believe he deserves the opportunity to continue shining that light for others.

Thank you for taking the time to read my letter and consider the deep impact Meir has had on me, I hope you can see the kind of person he truly is and the positive contributions he continues to make.

Sincerely,
Mijal Cohen
m.cohen.t@hotmail.com

3130 palm trace landing dr, davie fl 33314. Apt 620

954-612-5732

954-648-0419

Dear Judge,

I am writing this letter on behalf of my nephew, Meir Rosenberg, to humbly ask for
leniency in his sentencing. I do not seek to diminish the severity of his actions or the
impact they have had on others. I grieve deeply for the victims and acknowledge their
pain. However, I also believe in the potential for growth, healing, and redemption, and I
hope that my words may offer some insight into the person I know him to be.

Meir is not just my nephew but someone who has felt more like a cousin, and at times
even a sibling, due to the unique dynamics of our family. Growing up, our bond was
always close and filled with kindness, humor, and love. He is someone I have always
admired for his generosity, inclusivity, and ability to bring joy to those around him.

When I was 16, Meir lived with my parents (his grandparents) and me for several
months. During that time, he became like my older brother (my actual brother was away
at university at the time). Whether it was making me laugh during difficult moments,
helping out around the house, or simply being a compassionate listener, he was a
source of light and comfort in my life. My friends adored him, and I hold those memories
close to my heart.

As we grew older, life and distance naturally pulled us apart, but our connection
remained strong. Whenever I visited him in Florida, he always made time for me,
bringing me to our favorite Colombian restaurant for empanadas and sharing laughter

and stories. It is still hard for me to reconcile the person I know with the actions he has

been accused of.

While I *cannot* and *do not* excuse his actions, I am deeply saddened by them and by the

circumstances that have brought him here. I hurt for the victims, but I also hurt for the

little boy he once was, who faced his own struggles and pain. I know he will miss many

milestones in the years to come, but I hope that during this time, he can find the help

and support he needs to heal and grow into a better version of himself.

I respectfully ask the court to consider the person he has been—a kind, funny, and

caring individual who brought love to those around him—and the person he can become

again. I believe there is hope for Meir to rebuild his life and contribute positively to

society with the right guidance and resources.

Thank you for taking the time to read this letter and for considering my perspective. I

appreciate your service and the difficult decisions you face in this case.

Sincerely,

Nathalie Martinez

Dear Judge,

My name is Jorge Martinez, and I am the grandfather of Meir. At 80 years old, I have been fortunate to watch my children and grandchildren grow, and Meir has always held a special place in my heart as my first grandson.

I still remember traveling to Israel for his Bar Mitzvah. Seeing him stand before his family, friends, and faith as he became a man was one of the proudest moments of my life. It was clear even then that he had a kind heart and a generous spirit. Over the years, I have cherished the countless holidays, family trips, and moments spent together.

Even as life took him further away, he never failed to check in. His calls were a constant reminder of his thoughtfulness and care, always making sure I was doing well and keeping me up-to-date with his life. Those small gestures meant the world to me.

The charges against him are deeply painful for our family, and my heart aches for everyone affected. I know Meir is not without fault, and I do not seek to excuse his actions. However, I also know the man he has been—compassionate and full of potential—and I have hope that he can find his way back to being that person.

I humbly ask the court to consider his character and the many good qualities he

possesses when determining his sentence. I hope he is given the opportunity to reflect,

heal, and one day rejoin our family as the kind and caring man we know he can be.

Thank you for taking the time to read this letter.

Sincerely,

Jorge Martinez

Dear Judge ,

My name is Consuelo Martinez, and I am the step-grandmother of Meir. Though I am
not related to him by blood, I have always loved and treated him as one of my own
grandchildren. From the moment he entered my life, he has shown nothing but
kindness, generosity, and love.

Meir  has always been someone I could trust. I knew my children were in good hands if
they were with him—whether it was playing together, helping with chores, or simply
being a steady presence, he was dependable and caring. It's hard to reconcile the
charges against him with the person I have known all these years.

Over the years, I've seen how deeply he values family. Our family dynamic is unique,
but Meir was always eager to be part of our lives and brought a warm, joyful energy to
every occasion. It is impossible to think of him without recalling his quick humor and his
unwavering care for the people around him.

I do not condone his actions or dismiss the hurt they have caused. I'm heartbroken for
the victims and for the pain our family is experiencing. At the same time, I hold on to the
hope that Meir can find redemption and healing. He has so much potential to grow into
a better person, and I pray that he is given the chance to do so.

I respectfully ask the court to consider the person he has been—a loving and
dependable grandson—and the person I believe he can become with the right
guidance. Thank you for your time and for reading this letter.


Sincerely,

Consuelo Martinez

Dear Judge,

I find it so difficult to put into words what a wonderful person Meir has been throughout
the course of my life.I feel that I could write a book. I will do my best to keep it short. The
person I know and the charges brought forth against him are distinctly opposite. I am
sadden for all parties involved.

Meir has been an advocate for me for as long as I can remember. We were always so
happy to go and visit him and his siblings on holidays or long weekends. We spent
many a thanksgiving, Easter, Passover, Hanukkah together. We laughed and laughed
and laughed. You were guaranteed to laugh with Meir around. Even in the tensest
moments, he would have us rolling on the floor laughing.  When they moved to Israel I
remember being devastated for months.

Whenever there was a familial disagreement ( unfortunately, there were many) he would
distract us from seeing the gravity of the situation. He knew from a young age how to
protect us from seeing harsh realities. It hurts to know that his reality was so harsh and
what all has transpired to lead us here. I often reflect dreaming of ways things could
have been different.

On holidays or family vacations Meir made sure all of us ate and if needed (or just being
picky) he would make us each what we wanted to eat. If someone wanted pasta and
another Chinese he would make it happen for us. I saw this continue as he became an

uncle to his sisters' children. Whether it be picking them up from After School or helping
with homework he helped.

Whenever he could make the trip to New York to visit me he made the time to do so.
Some of my favorite memories are of times spent in the city. We could be anywhere and
have a good time. I hope that he is able to come home soon.

My goal with this letter is to provide context on the person Meir has been. My hope is
that whatever you decide is the best thing for Meir's future. I am certain there are many
great things ahead in his journey.  Thank you for your time.

Sincerely,

Felipe Martinez

**Honorable Judge Byron,**

My name is Irit Cohen, and I am married to Rami Cohen, the owner of Roofs to Go, where Meir is employed. We have three children, two of whom are minors. I am writing to you with the utmost respect to share some insights about Meir and the positive impact he has had on our family.

We met Meir through our oldest daughter, Mijal, who became close friends with him. From the very beginning, Meir started spending time at our home while Mijal lived with us. He became a part of our family, joining us for every holiday and most Shabbat gatherings. He is a constant presence of joy and responsibility, always smiling, open, and willing to help in any way possible.

Being new to America, I have relied on Meir's assistance in navigating our way through various situations from as easy as learning how to use uber eats to harder situations of the heart , and he was always there for me. His support and friendship made a significant difference, not only to me but also to our children. We have seen firsthand the positive influence he has had on Mijal, helping her become the best version of herself and encouraging her personal growth.

Meir's presence has also been a great example to our two younger sons. Every Shabbat, he would engage with them, playing board games like Catan, Monopoly Deal, and many others, making our family gatherings special and memorable. His kindness and involvement made a lasting impression on them, and they look forward to his company.

Since his absence, there has been an empty space at our table, and we continue to wait for him with open arms. He has been an integral part of our family, and we miss him dearly.

Thank you for taking the time to read this letter. We hope it helps convey the positive role Meir has played in our lives.

Sincerely,
Irit Cohen

5392 sw 33rd ave, Fort Lauderdale fl 33312

954-716-9338
irit.cohen@hotmail.com

בס"ד

Benny Dehry

5827 N Park Road

Fort Lauderdale, FL 33312

Benny41955@yahoo.com

(347) 410-0258

May 21, 2024

To Whom It May Concern,

I am writing this letter to wholeheartedly recommend Meir Rosenberg, whom I have had the privilege of knowing and employing for several years, both as a valued employee and a personal friend of my family.

Meir worked for my company, The Home People, a home renovation construction business, as a manager for four years. Throughout his tenure, Meir excelled at managing day-to-day activities, scheduling, and ensuring that all necessary permits were filed, submitted, and approved for each job. His dedication and meticulous attention to detail were critical to our operations, and I can confidently say that without his expertise in accounting and document management, our company would have faced significant challenges. Meir's calm and collected demeanor, coupled with his ability to handle any situation without frustration, made him a pleasure to work with. He consistently prioritized his work and completed tasks promptly, always emanating positive vibes in the workplace.

Meir was entrusted with all company documents and personal matters from time to time, including the keys to the office, which he often opened early in the morning and closed late in the evening. His trustworthiness and reliability were so profound that I treated him as I would my own child. Even after moving on to another job due to our company's fluctuating workload, Meir continued to handle all permit-related matters for us during his time off. This unwavering dedication is a testament to his character and loyalty. He has also worked closely alongside my son, Yacov, in his personal business ventures.

On a personal level, I have known Meir since 2010, having met him through my son, Adam Dehry. Adam had met him through a mutual friend and has kept up relations with him ever since. At the

time Meir was living with his family in a small town in Northern Israel called Nahariyya which just so happens to also be the hometown of my daughter-in-law. Adam visited Meir in Nahariyya on several occasions and became well-acquainted with Meir's family. Meir has become a member of the family so-to-speak, developing a very close relationship over the past 14 years, spending Jewish holidays, Sabbath meals, and vacations together. Meir's kindness and generosity are unparalleled; he has always been there for my son, myself and my family in times of need, whether during family losses or celebrations. He has even planned surprise birthday parties for my son, showcasing his musical DJ-related talents and his thoughtfulness and commitment to their friendship.

Meir's current legal situation is deeply troubling, and I struggle to understand how someone of his character could be viewed as a threat. He has been a U.S. citizen for many years, residing in Hollywood, FL, and has expressed a desire to move to a quieter, more secluded life in South America. His recent travels to Costa Rica and Colombia were part of this plan. Given his fluency in English, Hebrew, and Spanish, and his Colombian heritage, such a move is a natural choice for him.

While I acknowledge that I have limited information about the specifics of his current predicament, I cannot fathom any logical reason for his apprehension other than perhaps a misunderstanding related to the use of marijuana, which has been largely legalized or legitimized in many places. Meir is not someone who poses any threat; on the contrary, he is a kind-hearted individual who has been a steadfast friend and a model employee.

I urge you to consider the above points and the positive impact Meir has had on those around him. His character, dedication, and loyalty should speak volumes in his favor.

Thank you for your time and consideration.

Sincerely,

Benny Dehry



5392 SW 33 AVE,
Fort Lauderdale, FL, 33312.

August 9,2024

Honorable Judge, we hope this letter finds you well.

Meir has been an integral part of our company since October 1st 2021.
His responsibilities in the company are significant and during his absence our company has suffered immensely.

Although we are aware of the nature of Mr. Rosenberg alleged charges, our trust in him and his working capabilities remains unaffected and he has his work place waiting for him immediately upon his release.

We acknowledge the situation is delicate and are willing to cooperate with everything that is required, including his work computer being monitored and Meir himself being inspected at all times by one of the directives of the company.

From the first day Meir has proved his efficacy, professionalism, dedication and most importantly his loyalty to our business and our family and by all means we are willing to do the same.

From the bottom of my heart we ask your Honor to please consider all of Mr. Rosenberg's good qualities and see him for who he is, a young hard working man with a bright future ahead of him.

Sincerely,

Rami Cohen
President
Roofs to Go USA

To: Judge Byron
401 W Central Blvd
Orlando, FL 32801

Dear Judge,

A little more than 10 years ago I was working
At a club in the VIP in a very busy night, and Meir offer me some water because I was
running back and forth, I stopped because I thought it was so kind and genuine the way he
was. Since then we were inseparable, he became part of my family in every way, he never
missed any family gatherings. Meir is my little brother …. We even got our parents to date.
Meir has always been the person that I used always as a good example of just "a simple and
genuine, kind and loving friend"
I opened a business (wine and tapas) that later shut down, but Meir was not only my
biggest support but he was the heart of the business with his music and personality, after
closing hours we would stay and dance to his beats. We all need him back.
Dear Judge Byron, please call me and ask me anything you want about Meir, I will be more
than happy to answer any questions.

Thank you very much,
Dessire Bevilacqua
786.393.4933
Dessire@gmail.com

My Meir… I miss you very much

Meir is a great human being, he deserves a chance please.

MICHAEL L MCDONALD
7860 NW 193 TER
MIAMI, FL 33015
305-216-2723

May 29, 2024

To Whom It May Concern:

I am writing this letter to attest to the great character of Mr. Meir Rosenberg. I met Meir
about five years ago and he has worked full time for my Roofing company Roofs To Go USA.
During this time Meir has become like a family member to us and has been entrusted with
all proprietary components of our business. As an employee he has shown exemplary skills
in executing his assigned duties, as well as going above and beyond when needed. As a
friend he has shown us respect, trust, and admiration.  We are anxiously waiting for Meir to
return to our office/family so he may continue the valuable work he performs for us. We
also miss him as an extended family member and need him home as soon as possible. His
positive attitude and cheerful demeanor is always something I look forward to when
working with him

Sincerely,

Michael L McDonald, Owner/Qualifier

Roofs To Gop USA LLC

CCC1332658/CGC1533469

305-216-2723

Teena Halem
 2299 NW 77 Way Apt 103
Pembroke Pines, Fl 33024
786-213-8227


July 14, 2024

Your Honor,

I am writing to you today on behalf of Meir Rosenberg.

I have known Meir since he moved next-door to me in 2011, he was only 19 years old.
We bonded almost instantly, and he was at my home on a daily basis!

Meir, though, immature at the time, was always a respectable young man and extremely
kind. He was the first to offer help of any kind, and under any circumstances.

I watched Meir grow up, and through the years, he remained a thoughtful and caring person

Your honor, this is the type of man that stands before you today.

Thank you for taking the time to get to know him.

Sincerely,
Teena Halem

December 25, 2024

Your Honor,

I am writing this letter to you with a very heavy heart in support of Meir Rosenberg, whom I
have known since he was a baby when his family moved across the street. I understand that Meir
has been convicted of a serious crime and is awaiting sentencing.

Meir grew up on our block and was a constant presence in our lives. As a child and young adult,
he consistently demonstrated politeness, respect, and good character. He formed close
friendships with our children and was always a positive influence in their lives. His conduct in
our neighborhood was exemplary, and he was known for his helpfulness and kindness to others.

While I acknowledge the seriousness of the conviction, I believe Meir's actions in this case are
not representative of his true character. Throughout the years I've known him, he has shown
himself to be a person of integrity. I recall him having a bad experience in summer camp with a
staff member and not wanting to return. His parents sent him back because so many
neighborhood kids went and we thought maybe Meir was just homesick and that was the cause
of his unhappiness. We learned years later that there was indeed a creepy staff member that was
inappropriate with some of the gentler boys.  I feel that bad experience really did some
serious  damage on my sweet neighbor.

I am confident that, given the opportunity, Meir will continue to be a productive member of
society and learn from this experience. I say this because it is in his DNA.  I also  knew his
grandparents, who were Holocaust survivors and moved to Columbia, South America where they
worked hard and were very successful and very philanthropic.  I wish you could have seen Meir
with them;  how he loved them and spent so much time with them at the end of their lives when
they moved in  with them.
I respectfully ask that you consider Meir's otherwise unblemished record and positive
contributions to our community when determining his sentence. I believe he has the potential for
rehabilitation and will use this experience as a catalyst for personal growth.

Wishing you a Happy Holiday Season.

Respectfully from a  loving neighbor,
Lisa Baratz
lisabaratz@gmail.com
cell: 954-205-7042

Teena Halem
 2299 NW 77 Way Apt 103
Pembroke Pines, Fl 33024
786-213-8227


July 14, 2024

Your Honor,

I am writing to you today on behalf of Meir Rosenberg.

I have known Meir since he moved next-door to me in 2011, he was only 19 years old.
We bonded almost instantly, and he was at my home on a daily basis!

Meir, though, immature at the time, was always a respectable young man and extremely
kind. He was the first to offer help of any kind, and under any circumstances.

I watched Meir grow up, and through the years, he remained a thoughtful and caring person

Your honor, this is the type of man that stands before you today.

Thank you for taking the time to get to know him.

Sincerely,
Teena Halem

Verdell Van Loan
2299 NW 77th Way  #202
Hollywood, Fl 33024
954 439-0056
verdellloan@comcast.net
Honorable Judge Byron
401West Central Blvd.
Orlando, FL 32801

Dear Judge Byron,

I am writing this letter to offer my support for Meir Rosenberg, who is scheduled to appear before you in court. I have known Meir since 2011 and during this time, I have come to know him as a person of integrity, kindness, and responsibility.

Meir has always been a dedicated and hardworking individual. He is deeply committed to his family and friends, often going out of his way to help others in need. His positive attitude and willingness to lend a hand have earned him the respect and admiration of those around him.

In addition to his personal life has demonstrated a strong sense of responsibility in his professional life. He has always worked and taken care of his responsibilities.

I am aware of the charges against Meir, and I understand the seriousness of the situation. However, I firmly believe that this incident is not reflective of his true character. Meir has expressed deep remorse for his actions and is committed to making amends. I am confident that he will learn from this experience and continue to be a positive influence in our community.

In conclusion, I respectfully ask that you consider Meir's character and the positive contributions he has made to those around him. I believe that he deserves a chance to demonstrate his commitment to personal growth and to making amends for his actions.

Thank you for your time and consideration.

Sincerely,
Verdell Van Loan
Verdell Van Loan

(Meir's neighbor)

Dear Judge Byron,

I am writing this letter on behalf of my dear friend and former coworker, Meir Rosenberg, who has had a profoundly positive impact on my life and the lives of my children. I have known Meir for almost three years, during which time I had the pleasure of working with him at Roofs to Go.

When I started at Roofs to Go, I had no experience in the field, and it was a daunting challenge for me as a single mother of four. From the very first day, Meir took it upon himself to mentor me. He took full responsibility with our supervisors to ensure that I received the training I needed to succeed. He understood how much I needed that job, especially during a time when my children's father was making life very difficult for me. Meir's kindness, patience, and support helped me not only keep my job but also grow in confidence and skill.

Meir has always been much more than a coworker to me; he has been a true friend and an unwavering source of support. Without hesitation, he stepped in to help me during some of the most challenging moments of my life. There were times when I couldn't afford lunch, and Meir would share his with me. On several occasions, he even offered financial help so I could provide food for my children. He did all this selflessly, without expecting anything in return.

My children adore "Uncle Meir." He would visit us, play with the kids, and bring joy to our home. His absence has been deeply felt by all of us, and we miss him dearly.

Meir is one of those rare individuals who truly cares for others. He has a generous heart and a genuine desire to help those around him. Thanks to his guidance and encouragement, I've been able to provide for my family and remain employed in a field I never thought I'd succeed in.

I write this letter in good faith to express my utmost trust in Meir's character. He is a kind, loving, and dependable person who has positively influenced so many lives, including mine. I hope you will consider this letter as a testament to the person Meir truly is—someone who gives selflessly and seeks to lift up those around him.

Thank you for taking the time to read my letter.

Sincerely,

Sucette Frias
Email: SucetteMichelle@gmail.com
Address: 1040 N 74 Terr, Hollywood, FL 33024
Phone: 786-340-5984

Re: Meir Rosenberg  12/29/24

I have known Meir for several years, since 2016.

My experience of him is, he is a genuine, honest, sincere, brilliant young man of great heart, & integrity.

As long as I've known him,  he has ongoingly held himself to higher  standards.

His work ethic is absolutely exceptional.

Whoever he works with, or works for, they never want him to leave; because he elevates whatever company, program or project he invests his attention in.

Businesses genuinely function much better, & are much more effective, when Meir works with them.

Whether he's the key manager at a company, or a service provider; he always delivers excellence. Because of this, he is well respected & sought after.

In addition to his work ethic, over the years, I've witnessed him go far out of his way; above & beyond, for those in need.

Sometimes he's the only one in a group who takes a stand, or pulls someone from a dark place & makes sure they are on track & living in right order.

Whether it's his family, friends, or colleagues.  At the drop of a hat, Meir has always been counted on to be there for people, especially when no one else is.

My experience with Meir over many years is he is a good man with an incredible heart.  He will have your back in the toughest of times, & initiate solutions to make things better.

Meir is a man who takes responsibility.  He's committed to consistently growing & stepping up. And he leaves a memorable legacy of deeply empowering those around him,

Sincerely,                                              12/29/24
Tobi Smith
561-670-0036
868 tivoli circle #206
Deerfield Bch, FL 33441

**Enforce PRIVACY POLICY with my personal information.  Do not share.  Thank You.**



**ROOFS TO GO USA**
5392 SW 33 Ave
Fort Lauderdale, FL 33312

## RE: MEIR ROSENBERG
## RECCOMENDATION LETTER

June 5, 2024

TO WHOM IT MAY CONCERN

    This Correspondence is twofold: 1) to introduce Meir Rosenberg; and 2) to give my personal opinion on Meir Rosenberg's work ethics and personality.

    Roofs to go USA, LLC is a roofing company that handles construction and renovation of commercial and residential roofs throughout the State of Florida. Meir worked for Roofs to Go USA, LLC, as a manager and as a liaison with the various counties and cities, for over five years.

    In his capacities, Meir applied for permits, interacted with the various cities' and counties' inspectors, managed inspections, and troubleshooted any issues that arose in the field. Meir's work ethics, dedication, professionalism, and attention to detail were vital to Roofs to Go USA's operations. Meir's commitment to success is the reason Roofs to Go USA, LLC ran smoothly from the first step all the way through to passing final inspections. Meir was entrusted with Roofs to Go USA's documents and operations. Meir's trustworthiness and reliability were the reason for climbing the company's ladder as fast as he did.

    Meir became a personal friend to my daughter, Mijal, and both spent shabbat dinners and quality time together. They have become best friends. Mijal and Meir became so close to one another, they travelled together and acted as if they were brother and sister. Meir was always by Mijal's side, giving a helping hand and mental and emotional support when needed. This relationship is a testament to his loyalty and character

    Meir has become a member of family member of our family, developing a very close relationship over the past few years, spending Jewish holidays, Sabbath meals, and vacations together with Mijal.  Meir's kindness, politeness, love to his family, and generosity are unparalleled.

    Meir has always been there for Mijal, myself and my family in times of need, whether during family losses or celebrations.

    Meir's current legal situation is unfortunate and deeply troubling, and I refuse to accept that Meir, with all his kind traits and love to the community, can be viewed as a threat or that

charges such as these could have been brough on him. He is a kind-hearted individual who has been a steadfast friend and a model employee. I urge you to consider the above mentioned and the positive impact and influence Meir has had on those around him.

It is a privilege knowing, and employing, Meir both as a valued employee and a personal friend of my family.

Sincerely,

Rami Cohen

Rami Cohen
Owner
Roots to Go USA, LLC

Copy

Dec. 31, 2024

JUDGE BYRON
401 W Central Blvd. Orlando
FL 32801

Subject: **Our Son - Meir Rosenberg**

The Honorable Judge Byron

Dear Sir:

Greetings.

We, our family, is appealing to your kind attention on the good character of Meir Rosenberg.

Our family, Cynthia (my wife), Zoie our daughter and myself moved to Florida in January 2011, where I took a position with my employer (DNV) as a surveyor/approval engineer working with cruise ships. Later the same year our daughter Franzyne Jilliane Carimpong nee Rosenberg followed us, where she started her studies at Broward College. Just a few weeks into the school year we were introduced to Meir by our eldest daughter Franzyne. Since then, Meir has become a good family friend to all of us.

When my contract with my company ended Cynthia and Zoie moved back to Norway in summer of 2014, where myself moved back summer 2015. Franzyne and Meir got married. Meir pursued his passion by becoming a pilot, he was studying hard and taking as many flying hours as possible. Due to the cost and lack of available positions with airline companies, Meir was not able to complete his pilot certification.

In 2015 we all moved back to Norway we kept our close relationship with Meir, and he continued to be a good friend and part of our family member. In 2022, the couple Franzyne and Meir had informed us that they were going to divorce. We respected their personal and private decisions and assured Meir that he is and will always be part of the family and that treating him as our son has not changed. As the divorce is very cordial and friendly, relationships as best friends continued until this very moment.

Our family has always had close communication with Meir. There was an instance when Meir has also passionately shared to me his work on roofing business and how he carried out his interest and responsibility with his clients.

Meir is a happy person, kind and always ready to extend his help to his family. When his eldest sister had been struggling as a single mother of two young kids, him and Franzyne helped her a lot in everything and took turns in taking care of the kids from picking-up to school and baby sitting them while her sister is at work

Last Christmas (2023) Meir being part of the family, we invited him to join us for our family Christmas vacation in the Philippines. From this last vacation we carry with us good memories.

The news coming to us that Meir has been arrested came to us as a shock, and we are still not able to understand how things happened. We have been careful asking all the questions, however this

December, our family celebrated Christmas here in Hallandale Beach, FL and had the good opportunity to talk to him and was very glad to see him on video call that our daughter arranged an appointment schedule at the prison. We wish him all the best and we as family will always show and give support to Meir that soon he will be cleared up and be out of prison. And that we will also be there on his recovery and can back to his normal life.

Happy New Year and praying for his freedom.

Respectfully yours,

Tore By and Cynthia Carimpong-By
Toreby.mwm@gmail.com / Cynthiaqby@outlook.com
Phone: +1 5616078426 / +47 46232002
2500 Parkview DR
Apt. 2406 Hallandale Beach
FL, 33009

Your Honor Judge Byron,

Thank you so much for taking the time to read this message. My name is Moshe Kirat, and I
would like to express my heartfelt gratitude for Meir, a person who means more to me than
words can fully convey. I want to take a moment to share a few things about Meir so you can
truly understand just how special he is, and why he holds such an important place in my heart.
Meir has been my best friend for over 15 years, and during that time, he has been one of the
greatest blessings in my life. Our friendship has been a constant source of strength, joy, and
support. Meir is one of the kindest, most genuine people I've ever known. His kindness is not
just an act, but a core part of who he is. He is sweet, loving, respectful, and unwaveringly loyal.
His presence has illuminated my life in ways I can't even begin to explain. There have been so
many moments when his warmth and generosity have brought light into my world, and I truly
feel fortunate to have had him by my side all these years.
The truth is, my life feels much darker without him in it. I miss him every single day, and I find
myself struggling to fully process the reality of what is happening. It's difficult to express how
deeply I feel this loss. At times, I feel numb, and it's hard to put everything into words. But what I
do know, beyond any doubt, is that Meir is a righteous person—inside and out. His character is
unwavering, and he has always stood by his values with integrity and strength.
Meir is not just a friend; he is family, someone who has had an immeasurable impact on my life,
and I am forever grateful for the time and memories we've shared.

I respectfully ask for your understanding and consideration regarding the charges that have
been brought against Meir.
Meir has faced difficult challenges in his life. Many complicated relationships with his family, but
despite this, he has always made a conscious effort to be there for them. He has three beautiful
sisters, nieces, and nephews, and despite the challenges in his personal life, he does
everything he can to be a loving and supportive family member. He has made it his mission to
show up for them in ways that many people would not be able to do under similar
circumstances.

Additionally, Meir's kindness extends beyond his family. He is someone who truly cares for his
friends, coworkers, and even strangers. Meir is always ready to lend a hand, whether it's
offering a listening ear, helping with a problem, or simply being there when someone is in need.
His coworkers admire him for his integrity and his willingness to go above and beyond, and his
friends know him as someone they can count on through thick and thin.
It is essential to understand that Meir's character is one of deep compassion and selflessness.
He is a person who, despite his own struggles, has always sought to lift others up. The charges
he is facing seem so harsh because they do not align with the person he is—someone who lives
with kindness, empathy, and a strong sense of duty to help those around him.

In my heart, I truly believe that Meir is not defined by his mistakes or the circumstances he finds
himself in, but by the goodness and love he has shared with those who are lucky enough to
know him. I kindly ask you to take into account the man he truly is, the positive impact he has

had on others, and the genuine remorse and self-reflection he is experiencing during this difficult time.

Thank you for your time and consideration.

All the best,
Moshe Kirat
Moshe1love@gmail.com
786-457-8938

## TO WHOME IT MIGHT CONCERN,

My name is Dor Karni, I met Meir Rosenberg more then 8 years ago on 2016
and we immediately became not only friends but brothers!

I've never met a person who is so gentle, confident, clear minded and
relaxed. No matter what life threw at he always knew to handle is or take an
advice/ help with such maturity.

He is so kind and always made sure me and the rest of our friends are OK or
when any of us where in need he will always try his best to help! Mentally
or physically.

Meir and I used to live together back in 2021-2023. It was another example
of how kind he is, he agreed for me to move in with him while I needed a
place to stay. It was for a period of 6 mounts, and I never saw/ heard or
experienced anything negative or odd wrong with his behavior.
He ran the house perfectly and clean, was very responsible for his neighbors
and the community all of this while working a full-time job. And again,
nothing suspicious!

Same years, 2021-2022 I took him into my house for a period of 4 mounts
while he was traveling and letting his sister stay and his house. Again
nothing bad or suspicious. It actually made our friendship even stronger
because I saw how amazing this person his!

I know that not everyone is perfect and sometimes it's hard for us to fully
know somebody. One thing I know is that Meir is mature enough to
understand everything, learn and change! I can say I know him enough time
to say it with confidence! He is a good person with a good heart!
He have good people and family around him that will make sure he will go
back on the road and will recover. We will make sure to support him in his
journey of learning and clarity.

Meir is a good human being, kind, caring and loving! He deserves a chance!
He deserves for you look at him as the person he his and understand he can
recover and be better!

**Dor Karni**

**Dorkarni293@gmail.com**

**949-434-4863**

April 2, 2025

Dear Judge Byron,

I met Meir through mutual family friends over two decades ago. I felt an immediate affection towards him, as he was a handsome, sweet and respectful young man. When we would see one another at family religious gatherings, it would be a genuine exchange of friendliness. I would always walk away from an encounter with Meir feeling uplifted.

Towards the end of my mother's life, she entered a deeper experience of her Judaism, and became religious. She kept the Sabbath. At that time, Shabbat dinners were usually just my mother and I. If there was ever a guest or two invited over, it would say a lot about the guest. Meir was a guest at our Shabbat table.

In time, Meir and I became friends. We could just relax around one another, and talk about life. It was very easy to be in his company. I was amazed at how intelligent and talented Meir is. I remember at some point he began an interest in mixing music, dj style, which he had never done. Having a distinct taste in good music, and an ear for rhythm, in a short time of intense practice, he was dj.ing in established parties and a variety of venues with great success. Because he could.

I write this letter to say clearly and with conviction that Meir Rosenberg is a good person. He cares, he extends a hand, he is generous, and loving. I also know he is a man of kindness, and is sensitive to those who are in need. He is independent, and also very capable of bringing people together. This is my word, in knowing Meir.

Sincerely,


~ Alison Eager
(954) 260 - 4355
aceagerinc@gmail.com

To whom it may concern,

My name is Brenda Cordero. I would like to take this opportunity to let you know that I have known Meir Rosenberg for almost 8-9 yrs.

We met working in an event on 2016 ( my first event from work, I believe it was a wedding an I was delivering flowers and making some arrangements).

From the moment I met Meir he showed me that he works hard, always lends a helping hand, we worked in so many events. Always on time and ready to work.

After that first event we worked together, we became great friends and for all these years, he has been there for me, for the good and bad times.

There are times I help him out by cleaning his house (since my job now is housekeeping and I can tell you that he has a nice and welcoming home. Meir has shown me what kind of person he is. He is a loving, caring person. Since I met him, I have never heard or seen him in any kind of problems.

I love Meir very much. He's part of my Family He's a great, special and hard working person. Love by so many people including Myself

Thank you.

Brenda Cordero
BrendaCordero 33@yahoo.com.