**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NUMBER: 24-cr-00189-PGB**

**UNITED STATES OF AMERICA,**
    **Plaintiff,**
**vs.**

**MEIR ROSENBURG,**
    **Defendant.**
_____/

**NOTICE OF TESTIMONY IN ACCORDANCE WITH ORDER [DE 61]**

COMES NOW, **MEIR ROSENBURG,** by and through undersigned counsel, and hereby files the following notice of Testimony to be Presented at Sentencing, in accordance with Court Order [DE 61]. The following individuals would like to address the Court briefly at sentencing, with no one to speak for more than five (5) minutes:

1) Ariela Rosenberg
2) Adriana Rosenberg
3) Yael Wolchok
4) Andrew Skurowitz
5) Mijal Cohen

**CERTIFICATE OF SERVICE**

I DO CERTIFY that a copy of this notice was furnished to all interested parties, on April 17, 2025, via eservice.

                                        SELTZER MAYBERG LLC
                                        *Attorneys for Defendant*
                                        10750 NW 6th Court
                                        Miami, FL 33168
                                        Telephone: (305) 444-1565
                                        Facsimile: (305) 444-1665
                                        By: /s/ DSS
                                        David Seltzer
                                        Florida Bar No: 782041