UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLERK'S MINUTES
Sentencing Hearing

Case Number: 6:24-cr-189-PGB-UAM

| UNITED STATES OF AMERICA | Government's Counsel: | Chauncey Bratt for Kara Wick |
|---|---|---|
| Plaintiff, | | |
| v. | | |
| Meir Rosenburg | Defense Counsel: | David Seltzer |
| Defendant. | | |

| Judge: | **Paul G. Byron** | Court Reporter | Nikki Peters<br>courttranscripts@outlook.com |
|---|---|---|---|
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | April 23, 2025 | Time: | 2:01 pm – 3:34 PM<br>1 hour, 33 minutes |

Case called. Appearances taken. Defendant sworn.

Mijal Cohen, Andrew Skurowitz, Yael Wolchok, Ariela Rosenberg, and Adriana Rosenberg gave unsworn statements.

Defendant is adjudged guilty to Count One of the Superseding Indictment. Count Two is dismissed. The underlying indictment is dismissed.

**IMPRISONMENT:** 80 months.

**SUPERVISED RELEASE:** 10 years.

The mandatory drug testing requirements are imposed.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**

- Drug Aftercare
  Mental Health Treatment
  No New Credit Charges or Cards
  Sex Offender Conditions
  Collection of DNA

**FORFEITURE:**   Defendant shall forfeit to the United States those assets previously identified in the Order of Forfeiture (Doc. 72), that are subject to forfeiture.

**FINE:**  Waived

**SPECIAL ASSESSMENT:**   $100.00, due immediately.

**RESTITUTION**: Restitution is deferred until July 9, 2025 at 10:00 AM. The defendant waives his appearance at this hearing.

Plea Agreement is accepted.

The defendant is remanded to the custody of the United States Marshal. The Court recommends that the defendant be placed at Coleman, participate in RDAP, receive mental health and sexual offender treatment, and participate in any available educational or vocational opportunities.

Defendant advised of right to appeal.

Court adjourned.